IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:07-CV-00033

RUBBERMAID INCORPORATED (d/b/a
Rubbermaid Medical Solutions),
    Plaintiff,

v.

SIGNALIFE, INC.,
    Defendant.

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER is before the Court upon the Motion for Admission Pro Hac Vice filed by Douglas W. Ey, Jr. and Helms Mulliss & Wicker, PLLC, requesting that Damond R. Mace and Andrew R. Kruppa of the Ohio Bar be admitted to appear as counsel for plaintiff Rubbermaid Incorporated in the captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that Damond R. Mace and Andrew R. Kruppa be granted special admission to the Bar of this Court and that they be allowed to appear in this civil action as attorney of record for the Plaintiff Rubbermaid Incorporated along with co-counsel Douglas W. Ey, Jr., who is a member in good standing of the Bar of this Court, and Helms Mulliss & Wicker, PLLC.

Signed: December 18, 2007

David C. Keesler
United States Magistrate Judge