IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-33-RJC-DCK

| | |
|---|---|
| RUBBERMAID INCORPORATED ) | |
| d/b/a Rubbermaid Medical Solutions, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SIGNALIFE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 51) filed August 11, 2008 by Paul G. Wamsley, requesting that Joseph C. Maher II of the California Bar be admitted to appear as counsel for defendant Signalife, Inc. in the captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that Joseph C. Maher II be granted admission *pro hac vice* to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for the defendant Signalife, Inc. along with co-counsel Paul G. Wamsley, who is a member in good standing of the Bar of this Court.

Signed: August 12, 2008

David C. Keesler
United States Magistrate Judge