# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-33-RJC-DCK

| | | |
|---|---|---|
| RUBBERMAID, INC. (d/b/a Rubbermaid Medical Solutions), | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SIGNALIFE, INC., | ) ) ) | |
| Defendant. | ) ) | **ORDER** |
| SIGNALIFE, INC., | ) ) ) | |
| Counterplaintiff, | ) ) | |
| v. | ) ) | |
| RUBBERMAID, INC. (d/b/a Rubbermaid Medical Solutions), NEWELL RUBBERMAID, INC., GARY SCOTT, AND DAVID HICKS, | ) ) ) ) ) | |
| Counterdefendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. On August 25, 2008, the undersigned issued an "Order" (Document No. 62) in this matter that required, among other things, that "[t]he parties shall jointly file notice with the Court on or before **August 29, 2008**, indicating the name of their chosen mediator and the date of mediation." That order issued after a telephone conference conducted with counsel for the parties on August 19, 2008. As of the issuance of this Order, the Court has still not received the required notice from the parties.

**IT IS, THEREFORE, ORDERED** that the parties shall jointly file notice with the Court

on or before **September 8, 2008**, indicating the name of their chosen mediator and the date of mediation. If the parties fail to comply, the Court will issue an order directing counsel to show cause why sanctions should not be assessed for their failure to comply with the orders of the Court.

The parties are reminded that pursuant to the "Pretrial Order And Case Management Plan" (Document No. 38), mediation shall be completed and the results reported on or before **September 15, 2008.**

Signed: September 4, 2008

David C. Keesler
United States Magistrate Judge