IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-33-RJC-DCK

| | |
|---|---|
| RUBBERMAID, INC. (d/b/a Rubbermaid Medical Solutions), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIGNALIFE, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>SIGNALIFE, INC., )<br>)<br>Counterplaintiff, )<br>)<br>v. )<br>)<br>RUBBERMAID, INC. (d/b/a Rubbermaid Medical Solutions), NEWELL RUBBERMAID, INC., GARY SCOTT, AND DAVID HICKS, )<br>)<br>Counterdefendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal" (Document No. 76), filed September 26, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion and the record, and noting the reported consent of Defendant, the undersigned will <u>grant</u> the motion. The undersigned finds that the motion to seal was filed in accordance with Local Rule 6.1(C). Furthermore, this motion will be granted without prejudice to "[o]ther parties, interveners, and non-parties [who] may file objections and briefs in

opposition or support of the motion within the time provided by LCvR 7.1 and may move to intervene under Fed.R.Civ.P. 24." Local Rule 6.1(E).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal" (Document No. 76) is **GRANTED**.

Signed: September 26, 2008

David C. Keesler
United States Magistrate Judge