# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rubbermaid, Inc.,

    Plaintiff(s),

vs.

Signalife, Inc., et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv33

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 18, 2008 Order.

Signed: November 18, 2008

Frank G. Johns, Clerk
United States District Court