UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv33-RJC

| | |
|---|---|
| **RUBBERMAID INCORPORATED** (d/b/a Rubbermaid Medical Solutions), | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **SIGNALIFE, INC.,** | ) ) ) |
| Defendant. | ) ) ) |
| **SIGNALIFE, INC.,** | ) ) ) |
| Counterplaintiff, | ) ) ) |
| v. | ) ) |
| **RUBBERMAID INCORPORATED** (d/b/a Rubbermaid Medical Solutions), **NEWELL RUBBERMAID INC., GARY SCOTT,** and **DAVID HICKS,** | ) ) ) ) ) |
| Counterdefendants. | ) ) |

**THIS MATTER** is before the Court sua sponte. In the Court's January 30, 2009 Order, the Court granted the Plaintiff's motion to certify and register judgment. (Doc. No. 100). The Court directs that its November 18, 2008 Order (Doc. No. 89) be unsealed for the purpose of certification and registration of judgment. The Clerk is directed to unseal the Order on the case docket.

**SO ORDERED**.

Signed: February 5, 2009

Robert J. Conrad, Jr.
Chief United States District Judge